# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-213-RJC-DCK

| | |
|---|---|
| DAVID MCKENZIE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CDA, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Ann Groninger, concerning Shawn J. Wanta on June 13, 2019. Shawn J. Wanta seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Shawn J. Wanta is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 13, 2019

David C. Keesler
United States Magistrate Judge