IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-213-RJC-DCK

| | |
|---|---|
| DAVID MCKENZIE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CDA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Ann Groninger, concerning Scott A. Moriarity on June 13, 2019. Scott A. Moriarity seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Scott A. Moriarity is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 13, 2019

David C. Keesler
United States Magistrate Judge